**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

EDDIE LEE COTTON,     *

    Plaintiff     *

                              Case Number 1:05-CV-116 (WLS)

vs.     *

GS DEVELOPMENT,
d/b/a FAIRFIELD INN,     *

    Defendant.     *

## **J U D G M E N T**

Pursuant to this Court's Order dated September 16, 2008, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiff shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 16th day of September, 2008.

                                       Gregory J. Leonard, Clerk

                                       s/ Wanda K. Sanders
                                       Deputy Clerk